CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 18 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Colins
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SCHUYLER A. SPEECE, | ) |
| Plaintiff, | ) Civil Action No. 7:17-cv-00277 |
| | ) |
| v. | ) **DISMISSAL ORDER** |
| | ) |
| M. YEATTS, et al, | ) By:  Norman K. Moon |
| Defendant(s). | )    United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This __18th__ day of July, 2017.

_/s/ Norman K. Moon_
United States District Judge